

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN/AH/DAL
F.#2010R02495

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

**MISC 13 0391**

May 10, 2013

By Hand Delivery & ECF

The Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. John Doe
           Magistrate Docket No. 13-mj

Dear Judge Go:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for ~~December~~ May 13, 2013 at 2 p.m.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: _s/_____
Evan M. Norris
Amanda Hector
Darren A. LaVerne
Assistant U.S. Attorneys
(718) 254-6376/6212/6783

Enclosures (filed under seal)

cc: Robin Kaplan, Esq. (By Email)