

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN/AH/DAL  *271 Cadman Plaza East*
F.#2010R02495  *Brooklyn, New York 11201*

May 13, 2013

<u>By Hand Delivery & ECF</u>

The Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:   <u>United States v. John Doe</u>
            <u>Magistrate Docket No. 13-misc-0391</u>

Dear Judge Go:

      The government writes to confirm that the public hearing on the motion to close the courtroom in this matter, previously scheduled for May 13, 2013 at 2 p.m, has been rescheduled for May 14, 2013 at 10:30 a.m. in courtroom 11C South.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                By:    <u> s/                     </u>
                        Evan M. Norris
                        Amanda Hector
                        Darren A. LaVerne
                        Assistant U.S. Attorneys
                        (718) 254-6376/6212/6783

cc:   Robin Kaplan, Esq. (By Email)