

U.S. Department of Justice

United States Attorney
*Eastern District of New York*

EMN/AH
F. #2010R02495

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 27, 2014

<u>By ECF and E-Mail</u>

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. John Doe
                    <u>Misc. Docket No. 13-391</u>

Dear Judge Pollak:

        The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

        The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in Courtroom 13B South for February 28, 2014 at 12:00 p.m.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:     /s/
        Evan M. Norris
        Amanda Hector
        Assistant U.S. Attorneys
        (718) 254-6376/6212

Encl. (under seal)